UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ICM CONTROLS CORP.,

                Plaintiff,

            v.

AQUACAL AUTOPILOT, INC.,

                Defendant.
_____

Case No.: 5:23-cv-01328
          (DNH/TWD)

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

    Plaintiff ICM Controls Corp. ("Plaintiff") and defendant AquaCal AutoPilot, Inc. ("Defendant") (collectively with Plaintiff, the "Parties") file this Joint Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, jointly stipulating to the voluntary dismissal of this case with prejudice as of the filing of this Joint Stipulation.

Dated: July 8, 2024

| | |
|---|---|
| /s/ Brian C. Mahoney, Esq. | /s/ Julian B. Modesti |
| Brian C. Mahoney, Esq. | Julian B. Modesti, Esq. |
| Thomas R. Southard, Esq. | David J. Panzarella, Esq. |
| LIPPES MATHIAS LLP | HARRIS BEACH PLLC |
| 50 Fountain Plaza, Suite 1700 | 333 West Washington St., Suite 200 |
| Buffalo, NY 14202 | Syracuse, New York 13202 |
| 716.853.5100 | 315.214.2004 |
| bmahoney@lippes.com | jmodesti@harrisbeach.com |
| tsouthard@lippes.com | dpanzarella@harrisbeach.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

Dated: July 9, 2024
        Utica, New York

SO ORDERED.

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

Dated: 07-09-2024